# IN THE UNITED STATES NORTHERN DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| EMILY THEODORA BALL, an individual, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 17-CV-000657-GKF-JFJ ) |
| AIRCO SERVICE, INC., a domestic for-profit business corporation, | ) ) ) ) ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that Defendant, Airco Service, Inc., be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear their own costs and fees.

Respectfully submitted,

**ARMSTRONG & VAUGHT PLC**

*/s/ Charles C. Vaught*
Charles C. Vaught, OBA #19962
2727 East 21st Street, Suite 505
Tulsa, OK 74114
(918) 582-2500; (918) 583-1755 fax
cvaught@a-vlaw.com
*Attorney for Plaintiff, Emily Ball*

**HOLDEN & MONTEJANO**

*/s/ Grace E. Dawkins*
Drew A. Lagow, OBA #22618
Grace E. Dawkins OBA #32764
15 East 5th Street, Suite 3900
Tulsa, OK 74103
(918) 295-8888; (918) 295-8889 fax
DrewLagow@HoldenLitigation.com
GraceDawkins@HoldenLitigation.com
*Attorneys for Defendant, Airco Service, Inc.*

## CERTIFICATE OF SERVICE

I certify that on the 18th day of September 2018, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing. Based on records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Charles C. Vaught
cvaught@a-vlaw.com

*/s/ Grace. E. Dawkins*
Grace E. Dawkins

157.100